# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154296

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 154296
                                    COA: 332861

KAVINA MICHELLE WARD,
      Defendant-Appellant.
                                    Berrien CC: 2015-015586-FC

_____/

      By order of January 31, 2017, the prosecuting attorney was directed to answer the application for leave to appeal the June 24, 2016 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      WILDER, J., did not participate because he was on the Court of Appeals panel.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017

Clerk

s0925